# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO.: 0:15-cv-60409-WJZ

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
|     Debtor. | |
| _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for Ali Reza Zargaran, | L.T. Adv. Pro. No. 14-01894-RBR |
|     Plaintiff, | |
| v. | |
| ALI REZA ZARGARAN, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA., | |
|     Defendants. | |
| _____/ | |

## NOTICE OF NO OBJECTION AND REQUEST FOR ENTRY OF FINAL JUDGMENT AGAINST ALL DEFENDANTS

Kenneth A. Welt, the Chapter 7 trustee (the *"Plaintiff"*) for the bankruptcy estate of Ali Reza Zargaran (the *"Debtor"*), gives notice as follows:

1. This matter was commenced in the United States Bankruptcy Court for the Southern District of Florida as Adv. Pro. No. 14-01894-RBR.

2. In the Bankruptcy Court, the Plaintiff filed his Motion for Final Judgment after Clerk's Default against all Defendants (the "*Motion*").

3. On February 11, 2015, the Bankruptcy Court entered its *Proposed Findings of Fact and Conclusions of Law Pursuant to Fed. R. Bankr. P. 9033*, which recommends that the Motion be granted (the *"Proposed Findings and Conclusions"*) [ECF No. 1].

4. The time period to object to the Proposed Findings and Conclusions expired on March 2, 2015.

5. No party in interested objected to the Proposed Findings and Conclusions.

6. The Plaintiff submits that the matter is ready for adjudication.

WHEREFORE, the Plaintiff respectfully requests the Court enter an Order granting the Motion, in the form attached as **Exhibit A**, and enter judgment, in the form attached as **Exhibit B**, and grant such other and further relief as is just and appropriate.

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015, I caused a copy of this document and its attachments to be mailed, via US First Class mail, postage fully prepaid, to Ali Reza Zargaran, 1749 SE 10 St, Ft Lauderdale, FL 33316; Ali Reza Zargaran, 10431 Springcroft Court, Helotes, TX 78023; Maryam Baker, 1749 SE 10 St, Ft Lauderdale, FL 33316; Maryam Baker, 10431 Springcroft Court, Helotes, TX 78023; and Ali Reza Zargaran M.D. P.A., 50 N.E. 26TH AVENUE Suite 404, Pompano Beach, FL 33062.

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
200 South Biscayne Blvd., Ste. 3200
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee Welt*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-cv-60409-WJZ

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
|       Debtor. | |
| _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for Ali Reza Zargaran, | L.T. Adv. Pro. No. 14-01894-RBR |
|       Plaintiff, | |
| v. | |
| ALI REZA ZARGARAN, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA., | |
|       Defendants. | |
| _____/ | |

ORDER GRANTING PLAINTIFF'S MOTION
FOR FINAL JUDGMENT AGAINST ALL DEFENDANTS

**THIS CAUSE** having come before the Court, upon Plaintiff's Motion for Final Judgment after Clerk's Default against all Defendants (the "*Motion*"), filed by Kenneth A. Welt, the Chapter 7 trustee (the *"Plaintiff"*) for the bankruptcy estate of Ali Reza Zargaran (the *"Debtor"*), pursuant to *Fed. R. Civ. P.* 7055, made applicable to this Adversary Proceeding by *Fed. R. Bankr. P.* 7055 and Bankruptcy Local Rule 7055-1, upon the entries of default by the Clerk [ECF Nos. 14, 15, and 16], and after the failure of Defendants ALI REZA ZARGARAN N/K/A Moshe Goldsmith, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA. (collectively, the *"Defendants"*) to timely file responsive pleadings in this Adversary Proceeding.

1

EXHIBIT A

The Bankruptcy Court has submitted its *Proposed Findings of Fact and Conclusions of Law Pursuant to Fed. R. Bankr. P. 9033* of the Bankruptcy Court, which sets forth that the Motion should be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the *Proposed Findings of Fact and Conclusions of Law Pursuant to Fed. R. Bankr. P. 9033* of the Bankruptcy Court. Therefore it is

**ORDERED** as follows:

1. The *Proposed Findings of Fact and Conclusions of Law Pursuant to Fed. R. Bankr. P. 9033* of the Bankruptcy Court is ADOPTED and CONFIRMED and made a part of this Order

2. The Motion is **GRANTED**.

3. A Final Judgment against each of the Defendants shall be entered separately.

SO ORDERED, this ___ day of _____ 2015.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-cv-60409-WJZ

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
| Debtor. _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for Ali Reza Zargaran, | L.T. Adv. Pro. No. 14-01894-RBR |
| Plaintiff, | |
| v. | |
| ALI REZA ZARGARAN, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA., | |
| Defendants. _____/ | |

**FINAL JUDGMENT AFTER CLERK'S DEFAULT
AGAINST ALL DEFENDANTS**

**THIS CAUSE** having come before the Court upon Plaintiff's Motion for Final Judgment After Clerk's Default against all Defendants (the "*Motion*")[1], filed by Kenneth A. Welt (the "*Plaintiff*"), in his capacity as Chapter 7 trustee for the bankruptcy estate of Ali Reza Zargaran, pursuant to Fed. R. Civ. P. 55, made applicable to this Adversary Proceeding by Fed. R. Bankr. P. 7055, following the entry of a Clerk's Default against Defendants, Ali Reza Zargaran n/k/a Moshe Goldsmith, Maryam Baker, and Ali Reza Zargaran, M.D., P.A., (collectively, the "*Defendants*") [Bankr. ECF No. 14, 15, and 16, respectively] in this Adversary Proceeding. Consistent with Fed. R. Bankr. P. 7055 and 9021, and this court's prior adoption of the *Proposed*

---

[1] All capitalized terms not defined in this Final Judgment shall have the meaning given to them in the Motion.

1                                                                      EXHIBIT B

*Findings of Fact and Conclusions of Law Pursuant to Fed. R. Bankr. P. 9033* of the Bankruptcy Court, it is ORDERED and ADJUDGED that.

1. Final Judgment is entered in favor of Plaintiff and against Defendants on Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, and XV.

2. The assets of Ali Reza Zargaran, M.D., P.A. are property of the Debtor's bankruptcy estate (the "*Estate*"), and the assets may be recovered by the Plaintiff for benefit to the Estate.

3. Ali Reza Zargaran, M.D., P.A. (the "*Practice*") is hereby substantively consolidated into the Debtor's bankruptcy estate.

4. As to Counts IV and V, the real property located at 10431 Springcroft Court, Helotes, TX 78023 (the "*Real Property*"), described as:

> Lot 20, Block 8, C.B. 4557, BRIDGEPOINT UNITS 8 & 15 ENCLAVE, a subdivision in Bexar County, Texas according to the plat thereof recorded in Volume 9621, Page(s) 78 and 79, Deed and Plat Records of Bexar County, Texas,

is deemed property of the Estate.

5. Defendants Ali Reza Zargaran n/k/a Moshe Goldsmith and Maryam Baker are directed to immediately turn over the Real Property to the Plaintiff, as well as all monies received therefrom.

6. The Plaintiff is the sole owner of the Real Property.

7. Ali Reza Zargaran and Maryam Baker have no interest in the Real Property.

8. The Trustee has authority to sell the Real Property free and clear of any interest of Ali Reza Zargaran n/k/a Moshe Goldsmith and Maryam Baker subject to proper notice and a hearing in the Debtor's main bankruptcy case pursuant to Fed. R. Bankr. P. 6004.

9. Ali Reza Zargaran n/k/a Moshe Goldsmith and Maryam Baker are enjoined from dissipating or secreting any assets of the Practice, or the proceeds thereof.

10. Final Judgment is entered in favor of Plaintiff, on behalf of the Estate, and against ALI REZA ZARGARAN N/K/A MOSHE GOLDSMITH and MARYAM BAKER as follows: Plaintiff shall have and recover $412,672.30 from ALI REZA ZARGARAN N/K/A MOSHE GOLDSMITH. In addition to such amount, Plaintiff shall also have and recover $462,489.53 from ALI REZA ZARGARAN N/K/A MOSHE GOLDSMITH and MARYAM BAKER jointly, which amounts shall bear interest from this date forward at the prevailing legal rate of interest.

11. Any proceeds from the sale of the Real Property shall be credited first against the joint obligation of Ali Reza Zargaran n/k/a Moshe Goldsmith and Maryam Baker, and then to the individual, separate obligation of Ali Reza Zargaran n/k/a Moshe Goldsmith.

12. Ali Reza Zargaran n/k/a Moshe Goldsmith shall not receive a discharge in his chapter 7 bankruptcy proceeding, Case No. 14-24390-RBR.

13. The Court reserves jurisdiction to enter any further orders or take any other actions that may be necessary in connection with this matter, including but not limited to, the issuance of writs of execution.

14. The last known address of Defendants ALI REZA ZARGARAN N/K/A MOSHE GOLDSMITH and MARYAM BAKER is as follows: 10431 Springcroft Court, Helotes, TX 78023.

15. The Plaintiff's address is: Kenneth A. Welt, by and through Lawrence E. Pecan, Esq., Meland Russin & Budwick, P.A., 200 South Biscayne Blvd., Suite 3200, Miami, Florida 33131.

SO ORDERED, this ___ day of _____ 2015.

_____
UNITED STATES DISTRICT JUDGE